IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC A. HOLT,<br><br>      Plaintiff,<br><br>v.<br><br>SIERRA MANAGEMENT CORP.,<br><br>      Defendant. | Case No. 3:22-CV-01939-SPM |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of May 10, 2024 (Doc. 55), this action is **DISMISSED with prejudice**.

**DATED: May 10, 2024**

                                          MONICA A. STUMP,
                                          Clerk of Court


                                          By: *s/ Jackie Muckensturm*
                                                Deputy Clerk


**APPROVED:** *s/ Stephen P. Mc*Glynn
                     STEPHEN P. MCGLYNN
                     U.S. District Judge